IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| Devin Persell, Individually, )<br>and as the Plaintiff ad Litem for )<br>Edward Persell, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>St. Luke's Hospital of Trenton, )<br>d/b/a Wright Memorial Hospital, )<br>)<br>Defendant. ) | Case No. 13-6059-CV-SJ-JTM |

## ORDER

Pending before the Court is the PETITION FOR APPOINTMENT OF PLAINTIFF AD LITEM, filed April 23, 2013 [Doc. 2] and the MOTION FOR DISCOVERY ORDER, filed April 23, 2013 [Doc 3]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that pursuant to §537.021 R.S.Mo., plaintiff Devin Persell is appointed as Plaintiff ad Litem in the above-captioned matter on behalf of decedent Edward Persell. It is further

**ORDERED** that in light of the impending statute of limitations deadline, plaintiff's request to propound the single interrogatory regarding the correct corporate name is **GRANTED**.

                                                                    */s/ John T. Maughmer*
                                                                    **John T. Maughmer**
                                                      **United States Magistrate Judge**