# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| Devin Persell, Individually, | ) | |
| and as the Plaintiff ad Litem for | ) | |
| Edward Persell, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-6059-CV-SJ-JTM |
| | ) | |
| St. Luke's Hospital of Trenton, | ) | |
| d/b/a Wright Memorial Hospital, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the PETITION FOR APPOINTMENT OF PLAINTIFF AD LITEM, filed April 23, 2013 [Doc. 2] and the MOTION FOR DISCOVERY ORDER, filed April 23, 2013 [Doc 3]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that pursuant to §537.021 R.S.Mo., plaintiff Devin Persell is appointed as Plaintiff ad Litem in the above-captioned matter on behalf of decedent Edward Persell. It is further

**ORDERED** that in light of the impending statute of limitations deadline, plaintiff's request to propound the single interrogatory regarding the correct corporate name is **GRANTED**.


_/s/ John T. Maughmer_
**John T. Maughmer**
**United States Magistrate Judge**