IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DEVIN PERSELL, Individually, and as the Plaintiff ad Litem for EDWARD PERSELL, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 13-06059-CV-SJ-JTM |
| ST. LUKE'S HOSPITAL OF TRENTON d/b/a WRIGHT MEMORIAL HOSPITAL, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal With Prejudice filed by the parties pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Court having been fully advised of the facts and circumstances finds that Plaintiff's claims against Defendant and this action should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendant and this action are hereby dismissed with prejudice, with each party to bear their respective court costs.

IT IS SO ORDERED.

                                                           */s/ John T. Maughmer*
                                                           **John T. Maughmer**
                                               **United States Magistrate Judge**